Michael W. Flanigan
WALTHER & FLANIGAN
1029 W. 3rd Ave., Ste. 250
Anchorage, Alaska, 99501
Telephone: (907)-279-9999
Facsimile: (907) 258-3804
E-Mail: waltherflanigan@cs.com



IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| GERALD MILLER,<br><br>Plaintiff,<br><br>vs.<br><br>ALYESKA PIPELINE SERVICE CO.; and<br>ALYESKA PIPELINE SERVICE CO.<br>PENSION PLAN,<br><br>Defendant, | 3:07-CV-00026<br>RRB |

## COMPLAINT

Comes now the Plaintiff, by and through counsel, and for his Complaint against the Defendant, states and alleges as follows:

1. This is an action to enforce the terms of an ERISA Plan under ERISA 502(a)(1)(B) and for other relief as is required to obtain such benefits under 29 USC 1132(a)(1&3) and (d)(2). This court has jurisdiction over the matter pursuant to 29 USC Section 1001-1461 (ERISA) and 28 USC 1331.

2. Plaintiff was at all times applicable to this complaint, and remains, a resident of Alaska.

3. Defendant, Alyeska Pipeline Service Co. (APSC) is an Alaskan Corporation, engaged in the operation of the Alyeska Pipeline which brings oil from the North Slope Oilfields of Alaska to Valdez Alaska, stores it and then offloads the oil into ocean going tankers.

4. APSC was previously the employer of the Plaintiff, prior from 1976-1978 when he became too disabled to continue his employment.

5. At the time of his disablement, Plaintiff was enrolled as a beneficiary of the APSC Pension Plan.

6. Under the terms of the APSC Pension Plan, Plaintiff was entitled to continued pension contributions, from APSC, while disabled, so that he would be able to receive Pension benefits when he was 65 years of age.

7. Under the terms of the APSC Pension Plan APSC is the Plan Administrator.

8. Although Plaintiff is now 65 and entitled to pension benefits under the APSC Pension Plan, as determined by the Pension Claims Administrator, the Plan Administrator has denied pension benefits to Plaintiff and directed the Claims Administrator not to pay pension benefits to Plaintiff.

9. Contrary to the Plan Administrator, Plaintiff is entitled to Pension Benefits as provided for under the Pension Plans and SPD.

10. Defendants' decision to direct the Pension Claims Administrator to not pay Plaintiff pension benefits breached legal duties owed to Plaintiff under ERISA.

Wherefore, Plaintiff seeks relief in the form of a judgment from the court as follows:

1. A declaration from the court that Plaintiff is entitled to Pension benefits under the APSC Pension Plan upon reaching age 65 and that ASPC breached legal obligations as set forth in ERISA section 502(a)(1)(B).

2. An award of Pension benefits to the Plaintiff in an amount equal to the total of Pension benefits, owing to Plaintiff, under the APSC Pension Plan from Plaintiff's 65th birthday to the date of the court's Judgment;

3. An Order requiring APSC to direct the Pension Claim Administrator to pay Plaintiff a sum to fully compensate plaintiff for past pension benefits and to continue paying future pension benefits as set forth and in accordance with the APSC Pension Plan pursuant to 29 USC 1132(a)(1 & 3) and (d)(2);

4. Costs, Interest and Attorneys fees and other equitable relief as the court.

DATED this 28 day of February, 2007.

> WALTHER & FLANIGAN
> ATTORNEYS FOR PLAINTIFF
>
> s/ Michael W. Flanigan
> 1029 W. 3rd Ave., Ste 250
> Anchorage, Alaska, 99517-1014
> (907) 279-9999 Phone
> (907) 258-3804 Fax
> E-Mail: Waltherflanigan@cs.com
> Alaska Bar No. #7710114